Case: 1:18-cv-01642
Assigned To : Unassigned
Assign. Date : 7/9/2018
Description: Pro Se Gen. Civ. (F-DECK)

Jonathan Lewis
Petitioner
vs

The President,
Attorney General
US senate, and
US House of
Representatives
Respondents

US District court
washington D.C division
case no:

Pg 2

Petition of mandamus

1) Comes Now the petitioner Jonathan Lewis files the Petition of mandamus on the president, US attorney General, US senate, and US House of Representatives to get this court to compell the president, US attorney General, and the entire U.S senate, and the entire u.s house of representatives to hold the US statue/section 28 USC 1915 unconstitutional so they can veto that part of law stating that if a litigant in any form of incarceration has 3 strikes his/her case cant proceed with out paying the filing fee and re write the law so it can be constitutional for prisoners.

2) Basis for invoking jurisdiction
The jurisdiction of the U.S District court to hear a petition of mandamus is known to the court and authorized under us constitution Article 3 section 2, 1st amendment, 9th amendment, and 14th amendment and 28 USC 1651.

3) statement of case
I am the petitioner Jonathan Lewis who has filed several actions in federal court and some of them I dismissed volutarily, some of them was dismissed by the court and some of them are still pending but the court deems a person unable to file a claim in federal civil court if your civil action was dismissed 3 times for a certaint reason and that applies to person in any form of incarceration it does not matter what type of incarceration it is. The court uses that to stop a person who is indigent from moving forward with there case unless they can pay but the person who can pay it does not matter if he has 3 strikes the court let the case proceed so that puts inmates in a seperate class or poor people and that is why the law unconstitutional and it puts inmates

in a seperate class and the law is defective and inmates are suppose to have equal justice under the law. The law that deems a person a 3 striker if the court ruled on your case in a certaint way has been around since 1995 and part of the prison litigation Reform Act and the court used the law and it should not be used because whether I can pay or not I should be able to proceed with my case and people who pay who are in carcelrated File actions that fall into that category where a person can gain a strike to say the court is indirectly saying that if the case gets dismissed as a strike atleast they gained the filing Fee. The president and congress make and veto laws and the courts and attorney general make sure they are constitutional and followed.

3) Arguments

a) The 3 strikes provision puts the poor man in a seperate class from the person that can pay the filing Fee because if the person who is asking to proceed in forma pauperis is deemed a 3 striker by the court the court will not let the person proceed with the case if the person does not pay who is in any form of incarceration or court ordered incarceration and that person may not have the money to pay that is why the inmate is asking to proceed in forma pauperis, the person who can pay his case proceeds and Just because a person has Filed cases in the past that met the requirements to get a strike does not mean that the ~~person~~

~~[struck out lines]~~

person deserves the strikes the circumstances surrounding his/her action may vary and Just because the person is asking to proceed in forma pauperis

does not mean that the case should get dismissed without review and for that reason alone that person is being denied access to court, I dont want to be involuntarily placed in a seperate class by the court so my case cant proceed,

b) The denile of my access to court using the 3 strike provision is a violation of US constitution Articlel section 9 clause 3 because when the 1995 prison litigation reform Act bill was signed it was signed because of inmates filing lawsuits and that makes the law exposto facto because the law was used to bar inmates from filing actions in the court especially ones in prison.

c) The us constitution 9th amendment states that the people have rights not stated in the us constitution and the freedom to file actions in court with review also revolves around us constitution 1st amendment and that means that no law should be used to stop access to courts and that is what this law is doing, The law is primarily focusing on the incarcerated individual why cant a person incarcerated file a action in federal court if in the past he filed a action that qualifies as a strike that has nothing to do with the action he/she is filing but the person who is not in jail can file as many actions as they want that puts the filer in a seperate class orchestrated by the court because you bar inmate filers ~~that~~ meaning people who are incarcerated and there is no logical explanation for it and I have a right to file whatever I want and get proper judicial review whether I am in jail or not and my constitutional rights are affected.

d) When the us District court deems a person a 3 striker it explains the cases they are using and gives you a chance to explain the cases and the us court of Appeals deems you a 3 striker but you dont get to explain your strikes and they may be relying on cases that dont qualify x

as a strike no one knows because the first letter you get ~~tells you~~ tells you you are a 3 striker. The US court of Appeals should let the person they are claiming is a 3 striker explain each case and this is not happening and that is denile of access to court issue a person should get to contest and explain each case they are using. The judges may have made a mistake by dismissing the case.

e) When a person incarcerated files a claim in federal court and has the tasks of following the federal rules of civil and appellate procedure in stating there claim most of those cases the person is pro se and has little to no help and the court knows this and the person filing may have a case but the court will dismiss the case because he/she didn't do it right when the court should appoint someone to ensure that the person writing up and filing the complaint file a complaint the court can except. The court does not do that and ignores the incarcerated, individual plea for help from the court and the court is using that against the illiterate person writing up and filing the action.

f) The court also states that if a person incarcerated is in imminent danger that the action can proceed if the person was deemed a 3 striker in the past but this is not absolute this is at the courts discretion and that is also a tool they use to bar a action which is a denile of access to court and involuntarily puts a person in a seperate class because the person who the court complaint deems is in imminent danger they let there case proceed and the person who is not in imminent danger they dont let the case proceed. The court dont define imminent danger for legal purposes and that imminent danger provision is a tool for Judges and should not be allowed to be used all people should get to file actions.

g) The person who is deemed a 3 striker has this designation

For life and that means the person who is in any form of incarceration cant file actions without paying and this means that a person with a long time in jail/prison or any other form of incarceration like a person with 10 plus years or a natural life sentence after the designation as a 3 striker a person cant file any actions and get review on the merits without paying the filing fee and if this person is in jail or state prison they dont let you make money so how can one pay, the person has to depend on people on the outside if a person has family that dont help or dont have anyone one then how can a person pay the filing fee. There is no end date for a 3 striker and he may get 3 strikes there first 3 initiations of civil actions and that is not fair because the filer may not never get out or have a long time. The legislator is putting the person not incarcerated in a class from the person who is incarcerated and designation is forever and it should not be forever there should be a enddate for the 3 striker.

h) The statue of limitations can ~~can~~ run because the civil action has a 4 year limitation and if the person waites until they are release the statue of limitations can run and the person can file once the statue of limitations run.

i) 28 USC 1915 blocks a person from getting justice.

j) The 3 striker designation can come fast after initiating 3 civil actions and appeals.

under penalty of perjury (4)oath) I Jonothan Lewis declare z read the petition and the facts in it are true and correct.

5)nature of ~~Jonothan~~ Relief sought.

a) The 3 strike provision is deemed unconstitutional and the court compel the president, the U.S Attorney General, ~~the~~ the entire U.S senate and the entire U.S house of representatives to veto that portion of the law and rewrite it so

It can be constitutional for the person incarcerated, Any other action the court deem necessary.

Certificate of service

I hereby certify that a copy of the petition was mailed us mail to the U S District Courthouse and Federal Bldg 333 constitution Ave, NW washington, D.C 20001, us Dept of Justice office of Attorney General and Solicitor General 950 Pennsylvania Ave, NW washington, DC 20530; us House of Representatives 2436 Rayburn hob washington, DC 20515; us senate East capitol stvect, NE and 1st stvect, SE washington, DC 20004, and white house office of the president and general counsel 1600 pennsylvania Ave, NW washington, DC 20500 on this 1 day of July 2018.

Respectfully submitted,

Jonathan Lewis arrest #191700288
Joseph v. conte facility
Po Box 407016
Ft-lauder dale, Fl 33340